BRYAN CAVE LLP
Jonathan G. Fetterly, California Bar No. 228612
Goli Mahdavi, California Bar No. 245705
Chase Haslam, California Bar No. 304965
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail:       jon.fetterly@bryancave.com
              goli.mahdavi@bryancave.com
              chase.haslam@bryancave.com

Attorneys for Defendants
U.S. BANK, N.A. and
ELAN FINANCIAL SERVICES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEN REDMAN, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK, NATIONAL ASSOCIATION; ELAN FINANCIAL SERVICES; DOES 1-50 inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-6789<br><br>[Ventura County Superior Court Case No. 56-2016-00484477-CU-BT-VTA]<br><br>**NOTICE OF REMOVAL OF STATE COURT ACTION UNDER 28 U.S.C. SECTIONS 1331 & 1441**<br><br>**(FEDERAL QUESTION)**<br><br>Date Action Filed:      July 22, 2016 |

287482

NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants U.S. Bank, N.A. and Elan Financial Services hereby remove the state court action described below from the Superior Court of the State of California for Ventura County to the United States District Court for the Central District of California, Western Division.

## I.     BACKGROUND

1. On July 22, 2016, Plaintiff Ken Redman ("Plaintiff") filed a Complaint in the Superior Court of the State of California, County of Ventura, entitled *Redman v. Rabobank, NA*, Case No. 56-2016-00484477-CU-BT-VTA. ("State Court Action"). The Complaint named Rabobank, NA as defendant.

2. On August 10, 2016, Plaintiff filed a First Amendment Complaint the State Court Action. The First Amended Complaint named U.S. Bank, N.A. and Elan Financial Services as additional defendants.

3. On August 10, 2016, Plaintiff served Defendant U.S. Bank, N.A. with a summons and a copy of the First Amended Complaint via personal service. On August 15, 2016, Defendant Elan Financial Services received a summons and a copy of the First Amended Complaint via USPS Priority Mail.

4. On August 23, 2016, Plaintiff filed a request for dismissal of Rabobank, NA from the State Court Action. The dismissal of Rabobank, NA was entered that day. Consequently, only U.S. Bank, N.A. and Elan Financial Services (collectively, "Defendants") remain as named defendants in the State Court Action.

5. Defendants have not filed a responsive pleading or taken part in any proceedings in the State Court Action.

6. The First Amended Complaint, a copy of which is attached as **Exhibit A**, asserts the following causes of action: (1) violation of the Rosenthal Fair Debt Collection Practices Act; (2) invasion of privacy; (3) negligent infliction of emotional distress; (4) negligent training and supervising; and (5) violation of the

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

Telephone Consumer Protection Act, 42 U.S.C. § 227 *et seq.*

## II. BASIS FOR REMOVAL

7. This Court has original jurisdiction over this action under 28 U.S.C. § 1331, and the action may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C § 1441(a).[1]

8. Plaintiff asserts claims that will necessitate the adjudication of substantial, disputed questions of federal law. Plaintiff alleges violations of the Telephone Consumer Protection Act ("TCPA"), 42 U.S.C. § 227 *et seq.*, which provide this Court with federal question jurisdiction. As the Supreme Court held in *Mims v. Arrow Fin. Servs.*, federal courts may exercise federal-question jurisdiction over suits arising under the TCPA. 132 S. Ct. 740, 747 (2012) ("We now hold that Congress did not deprive federal courts of federal-question jurisdiction over private TCPA suits").

9. This Court has supplemental jurisdiction over all other claims asserted by Plaintiff in accordance with 28 U.S.C. §§ 1367(a) and 1441(c), because each of these claims arise from the same alleged conduct of Defendants in the First Amended Complaint.

## III. PROCEDURAL COMPLIANCE

10. A defendant has thirty days to file a notice of removal from the date of service of the summons and complaint. 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999). Here, U.S. Bank N.A. was served the First Amendment Complaint on August 10, 2016. Defendant Elan Financial Services was served with the First Amended Complaint on August 15, 2016. Consequently, this Notice of Removal is timely.

---

[1] Complete diversity also exists between parties, thus establishing a basis for diversity jurisdiction under 28 U.S.C. § 1332. Plaintiff alleges he is a resident of California. U.S. Bank, N.A. is a citizen of Ohio, the state in which its main office is located. Elan Financial Services is a division of U.S. Bank, N.A.

287482

2

NOTICE OF REMOVAL

1      11.    The State Court Action was pending before the Superior Court for Ventura County.  Because this Court is the United States District Court for the district and division embracing the place where the original action was filed, this is the appropriate court for removal under 28 U.S.C. § 1446.

      12.    Pursuant to 28 U.S.C. § 1446(a), attached as **Exhibit A** are copies of all process, pleadings, and orders served to Defendants, including a copy of the Request for Dismissal as to Rabobank, N.A., a copy of which Defendants obtained directly from the Superior Court.[2]  A copy of this Notice will be served promptly on all parties of record and will be filed with the Clerk of the Superior Court for Ventura County.

      13.    Defendants do not require the consent of any other defendant in order to remove this action because they are the only defendants currently named to this action.

//

//

//

---

[2]    As provided in 28 U.S.C. § 1446(a), Defendants have provided only such process, pleadings and orders served upon Defendants in the State Court Action.  Upon request from the Court, Defendants can provide all other documents filed in the State Court Action.

287482

3

NOTICE OF REMOVAL

## IV. CONCLUSION

Defendants U.S. Bank, N.A. and Elan Financial Services respectfully request the State Court Action be removed from the state court in which it was filed to the United States District Court for the Central District of California, Western Division, and request further that this Honorable Court issue all necessary orders and process and grant such other and further relief as in law and justice that Defendants may be entitled to receive.

Dated: September 9, 2016

**BRYAN CAVE LLP**
Jonathan G. Fetterly
Goli Mahdavi
Chase Haslam


By: /s/ *Jon Fetterly*
    Jon Fetterly
Attorneys for Defendants
U.S. BANK, NATIONAL ASSOCIATION
ELAN FINANCIAL SERVICES