BRYAN CAVE LLP
Jonathan Fetterly, California Bar No. 228612
Goli Mahdavi, California Bar No. 245705
Chase Haslam, California Bar No. 304965
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:      jon.fetterly@bryancave.com
             goli.mahdavi@bryancave.com
             chase.haslam@bryancave.com

Attorneys for Defendants
U.S. BANK, N.A. and
ELAN FINANCIAL SERVICES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEN REDMAN, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK, NATIONAL ASSOCIATION; ELAN FINANCIAL SERVICES; DOES 1-50 inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-6789<br><br>[Ventura County Superior Court Case No. 56-2016-00484477-CU-BT-VTA]<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS U.S. BANK, N.A. AND ELAN FINANCIAL SERVICES**<br><br>Date Action Filed:　　July 22, 2016 |

287487

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants U.S. Bank, N.A. and Elan Financial Services submit the following corporate disclosure statement:

Defendant U.S. Bank, N.A. is a wholly-owned subsidiary of U.S. Bancorp. No publicly-held corporation owns 10 percent or more of U.S. Bancorp's stock. Elan Financial Services is a division of U.S. Bank, N.A.

Dated:  September 9, 2016          Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ *Jon Fetterly*
          Jon Fetterly
Attorney for Defendants
U.S. BANK, N.A. and
ELAN FINANCIAL SERVICES

287487

1

CORPORATE DISCLOSURE STATEMENT